IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00171-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. YOUNG SU KIM,

    Defendant.

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about September 20, 2007, in the District of Colorado and elsewhere, the defendant, YOUNG SU KIM, knowingly and willfully exported and caused to be exported from the United States to the Republic of South Korea defense articles, that is, technical data related to a Lens No. 3 RTS and a Prism/Lens No. 3 Assembly, which were designated as defense articles on the United States Munitions List, without having first obtained from the United States Department of State a license or written authorization for such exports.

The foregoing count was in violation of Title 22, United States Code, Sections 2778(b)(2) and (c), Title 18, United States Code, Section 2, and Title 22, Code of Federal Regulations, Sections 127.1(a) and 127.3.

### Notice of Criminal Forfeiture

Upon conviction of the offense alleged in Count 1 of this Information, the

defendant shall forfeit to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1956(c)(7)(B)(v)(I), and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a result of the said violation, including but not limited to the following:

## MONETARY JUDGMENT

A sum of money equal to $36,000 in United States currency, representing the amount of proceeds obtained as a result of the offense as charged in Count 1.

## SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been substantially diminished in value; or

    d.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 981 and 1956, and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

JOHN F. WALSH
United States Attorney

*Matthew T. Kirsch*
Matthew T. Kirsch
Assistant U.S. Attorney