**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00171-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     YOUNG-SU KIM,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that pursuant to Defendant's Notice of Disposition filed April 22, 2011 (Doc 7), a change of plea hearing regarding Defendant Kim is set **Monday, May 16, 2011 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.


Dated:  April 25, 2011