**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 11-cr-00171-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    YOUNG-SU KIM,

        Defendant.

---

**MINUTE ORDER**
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to oral request of counsel, the sentencing hearing regarding Defendant Kim set **Monday, August 8, 2011 is VACATED and RESET for Wednesday, August 17, 2011 at 10:30 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: July 8, 2011