## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00171-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    YOUNG-SU KIM,

       Defendant.

---

## FORFEITURE MONEY JUDGMENT

---

THIS MATTER comes before the Court on the United States' Motion for Forfeiture Money Judgment [#17].  The Court having read said Motion and being fully advised in the premises finds:

The United States and defendant Young Su Kim entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under Title 18, United States Code, Sections 981(a)(1)(C) and 1956(c)(7)(B)(v)(I), Title 28, United States Code, Section 2461(c), and Rule 32,.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED THAT:

A Forfeiture Money Judgment in the amount of $36,000.00, which amount constitutes proceeds obtained by the defendant as a result of the offense of Willful Export of Defense Articles Without a License

is entered against the defendant in accordance with Title 18, United States Code, Sections 981(a)(1)(C) and 1956(c)(7)(B)(v)(I), Title 28, United States Code, Section 2461(c).

Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

SO ORDERED this ___28th___ day of July, 2011.

BY THE COURT:

___s/Lewis T. Babcock_____
LEWIS T. BABCOCK
Senior United States District Judge