IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy: Laura Galera           Date: August 17, 2011
Court Reporter:    Kara Spitler           Probation: Patrick Lynch

_____

Criminal Action No. 11-cr-00171-LTB        *Counsel:*

UNITED STATES OF AMERICA,                  Matthew Kirsch

    Plaintiff,

v.

YOUNG-SU KIM,                              Richard Kornfeld

    Defendant.

_____

### COURTROOM MINUTES - SENTENCING
_____

10:33 a.m.   Court in Session

Defendant is present and on bond.

> Defendant plead guilty to Count One of the Information and admitted the forfeiture allegation.

10:34 a.m.   Argument by Mr. Kornfeld regarding the Defendant's Motion for Variant Sentence [Docket No. 21] .

10:49 a.m.   Argument by Mr. Kirsch regarding the Defendant's Motion for Variant Sentence [Docket No. 21] .

10:58 a.m.   Statement by defendant.

**ORDERED:**   Defendant's Motion for Variant Sentence [Docket No. 21] is GRANTED.

**ORDERED:**   Government's Section 5K1.1 Motion for Downward Departure Based on Substantial Assistance [Docket No. 22] is GRANTED.

**ORDERED:**   It is the judgment of the court that Defendant is hereby sentenced to probation for a period of 5 years.

**ORDERED**:   Conditions of probation:

- (X)   Defendant shall comply with standard conditions as adopted by the court.
- (X)   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the presentence report indicates a low risk of future substance abuse by defendant.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of probation:

- (X)   Defendant shall be placed on home detention for a period of 6 months, to commence within 21 days of sentencing.  During this time defendant shall remain at place of residence except for employment and other activities approved in advance by the probation officer.
- (X)   Defendant shall maintain a telephone at place of residence without special services, modems, answering machines, or cordless telephones for the above period.
- (X)   Defendant shall wear an electronic monitoring device and shall observe the rules specified by the probation department.  Defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.
- (X)   Defendant to satisfy the conditions of the forfeiture order prior to the end of the probationary term. Defendant shall pay monthly installments of $600.00 to satisfy this requirement.
- (X)   Defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Office unless defendant is in compliance with the installment payment schedule.

**ORDERED:**   Defendant shall pay a special assessment of $100.00 which is due and payable immediately.

**ORDERED:**   No fine is imposed because Defendant has no ability to pay a fine.

**ORDERED**:   Defendant advised of right to appeal.

11:32 a.m.     Court in Recess.
Hearing concluded.
Total time: 00:59